IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00609-MEH

SHAWN LOVETT,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

___

## ORDER CLOSING CASE
___

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to Fed. R. Civ. P. 41(a)(2), the Joint Stipulated Motion to Dismiss with Prejudice [filed July 12, 2019; ECF No. 164] is **granted**. The matter is dismissed with prejudice, as requested, and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated and entered at Denver, Colorado this 15th day of July, 2019.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge